BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:          guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS W. SMITH;  MBNA AMERICA BANK N.A.;  STATE OF CALIFORNIA FRANCHISE TAX BOARD; DAVID K. JACOBS AS TRUSTEE OF THE T & E A TRUST DATED OCTOBER 1, 1993;<br><br>  Defendants. | Civil No.  1:10-CV-01193 OWW JLT<br><br>**JUDGMENT IN A CIVIL CASE** |

The plaintiff United States filed a motion for summary judgment (Doc. No. 21).  No defendant filed an opposition.  The motion was heard July 18, 2011.  The Court on July 19, 2011, entered a dispositive Memorandum Decision and Order re Plaintiff's Motion for Summary Judgment (Doc. No. 27), granting the motion in part and directing the filing of a proposed judgment.  In accordance with the memorandum decision,

**IT IS ORDERED THAT JUDGMENT IS ENTERED AS FOLLOWS**:

  1.   Thomas Wayne Smith is indebted to the United States in the amount of $318,752.47 for individual income tax for the taxable periods ending December 31, 1996, through and including December 31, 2003, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from June 16, 2011, until the judgment is paid.

2. The real property that is the subject of this action is located at 5251 West Decatur Avenue, Fresno, California, 93722 (herein referred to as "5251 West Decatur") in the County of Fresno, State of California, and is more particularly described as follows:

> Lot 94 of Tract No. 4768, McCaffrey Community No. 7, in the City of Fresno, County of Fresno, State of California, according to the map thereof recorded in Book 60, Pages 45, 46, & 47 of Plats, Fresno County Records.
>
> APN: 502-283-3

3. The T & E A Trust is a sham which lacked economic substance. The T & E A Trust shall be disregarded for purposes of federal tax collection and federal tax determination with respect to Thomas W. Smith.

4. The transfer of 5251 West Decatur to the T & E A Trust is hereby set aside. Title to the 5251 West Decatur is hereby returned to Thomas W. Smith.

5. The federal tax lien under 26 U.S.C. § 6321 attaches to all property and rights to property of Thomas W. Smith, including but not limited to 5251 West Decatur.

6. The United States is entitled to foreclose its liens and enforce this judgment against the 5251 West Decatur and that property will be sold, if necessary, pursuant to further order of this Court.

7. The United States and the California Franchise Tax Board shall establish their relative priorities to 5251 West Decatur upon or before the sale of the property.

8. Each party shall be liable for its own costs of litigation and attorneys' fees.

**IT IS SO ORDERED**.

Dated: August 1, 2011                    /s/ OLIVER W. WANGER_____
                                         OLIVER W. WANGER
                                         United States District Judge