1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C. 20044-0683
   Telephone: (202) 307-6648
6  Email: guy.p.jennings@usdoj.gov

7  McGREGOR W. SCOTT
   United States Attorney
8  Eastern District of California
   *Of Counsel*

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12                        FRESNO DIVISION

13

14

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:10-CV-01193 AWI JLT |
| Plaintiff, | **STIPULATION, REQUEST FOR ORDER, AND ~~PROPOSED~~ ORDER CONTINUING HEARING DATE** |
| **v.** | Date:     April 8, 2019<br>Time:     1:30 p.m.<br>Court:    Courtroom 2, 8th Floor<br>Judge:    Hon. Anthony W. Ishii |
| **THOMAS W. SMITH; MBNA AMERICA BANK N.A.; STATE OF CALIFORNIA FRANCHISE TAX BOARD; DAVID K. JACOBS AS TRUSTEE OF THE T & E A TRUST DATED OCTOBER 1, 1993,** | |
| Defendants. | |

22      The United States and the State of California Franchise Tax Board, the only

23  remaining active parties, agree and request an order continuing the hearing on the

24  United States' Motion to Enforce Judgment and for Order of Distribution (ECF No. 33)

25  from the currently scheduled date, April 8, 2019, at 1:30 p.m., to a new date of April 29,

26  2019, at 1:30 p.m.

27

28

---

US Motion – Stip and Order                    -1-                    1:10-CV-01193AWI-JLT

17416783.1

The United States in the motion seeks to establish the lien priorities relative to the claims of the California Franchise Tax Board. The United States does not request an order of sale at this time. The trial attorney for the FTB, who was recently reassigned this case, requests additional time to respond to the motion.

For the foregoing reasons, the parties respectfully request that the Court order that the hearing on the motion be continued to April 29, 2019, at 1:30.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

Date: March 14, 2019          /s/ G. Patrick Jennings
                              G. PATRICK JENNINGS
                              Trial Attorney, Tax Division
                              U.S. Department of Justice


                              XAVIER BECERRA
                              Attorney General of California
                              MOLLY K. MOSELY
                              Supervising Deputy Attorney General

Date: March 13, 2019          /s/ Craig D. Rust
                              CRAIG D. RUST
                              Deputy Attorney General
                              *Attorneys for Defendant*
                              *Franchise Tax Board*


IT IS SO ORDERED.

Dated:  March 14, 2019        _____
                              SENIOR  DISTRICT  JUDGE

17416783.1