IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**THOMAS W. SMITH; MBNA AMERICA BANK N.A.; STATE OF CALIFORNIA FRANCHISE TAX BOARD; DAVID K. JACOBS AS TRUSTEE OF THE T & E A TRUST DATED OCTOBER 1, 1993,**<br><br>Defendants. | Case No. 1:10-CV-01193 AWI JLT<br><br>**ORDER OF DISTRIBUTION** |

The remaining active parties, the United States and the California Franchise Tax Board ("FTB"), have agree to resolve a lien priority dispute on the property of the taxpayer, Thomas W. Smith, located at 5251 West Decatur Avenue, Fresno, California (the "Property"). This stipulation resolves the motion for Order of Distribution filed by the United States (ECF 33 – filed March 6, 2019). In the event of a sale of the Property, the order of distribution of the sale proceeds is set forth below.

-1-

17512566.1

**IT IS ORDERED THAT** the sale proceeds of the Property shall be distributed as follows:

1. To the United States for the costs of sale,
2. To the United States for the Thomas W. Smith federal individual income tax liabilities for 1997-2003 in an amount according to proof with interest according to law; then
3. To the Franchise Tax Board for the Thomas W. Smith state individual income tax liabilities for 1996-2000, 2002, 2003, 2006-2008, in an amount according to proof with interest according to law; then
4. To the United States for the Thomas W. Smith federal individual income tax liability for 1996 in an amount according to proof with interest according to law.

Any remaining proceeds will be held pending further order of the Court.

IT IS SO ORDERED.

Dated: April 17, 2019                     _____
                                           SENIOR DISTRICT JUDGE

17512566.1